FILED
2017 Feb-21 PM 01:55
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## MIDDLE DIVISION

| | |
|---|---|
| SUSAN KING, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 4:16-cv-01991-SGC |
| CAVALRY PORTFOLIO SERVICES, LLC, et al., | ) |
| Defendants. | ) |

## ORDER OF DISMISSAL

A notice of dismissal, signed by all parties who have appeared, having been filed in this action, it is **ORDERED, ADJUDGED**, and **DECREED** that, pursuant to Fed. R. Civ. P. 41(a)(1)(A), this action is **DISMISSED WITH PREJUDICE**, each party to bear its own costs.

**DONE** and **ORDERED** this 21st day of February, 2017.

STACI G. CORNELIUS
U.S. MAGISTRATE JUDGE